UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRE LUIZ COSTA SOARES, | Case No. CV 22-7337 TJH (PVC) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Emergency Petition for a Writ of Habeas Corpus/Request for Temporary Restraining Order, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Emergency Petition for a Writ of Habeas Corpus and the Request for a Temporary Restraining Order are DENIED. Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: NOVEMBER 14, 2022

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE