JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES, | Case No. CV 22-7337 TJH (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: NOVEMBER 14, 2022

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE