UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Respondent. | Case No. CV 22-7337 TJH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PETITIONER ANDRE LUIZ COSTA SOARES A VEXATIOUS LITIGANT** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge re Respondent's Request that Petitioner Be Deemed a Vexatious Litigant. (Dkt. No. 14). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that: (1) Respondent's Request that Petitioner Be Deemed a Vexatious Litigant is granted; (2) Petitioner Andre Luiz Costa Soares is deemed a vexatious litigant; (3) the Clerk of the Court shall not file any new action or IFP application from Petitioner based on his claims of U.S. citizenship unless Petitioner has

filed a motion for leave to file a vexatious litigant petition, complaint, motion or other pleading and a Judge of this Court has granted the leave requested; (4) any motion for leave to file a vexatious litigant petition, complaint, motion or other pleading must include a copy of the Magistrate Judge's Report and Recommendation (Dkt. No. 14), a copy of this Order, and a copy of the proposed petition, complaint, motion or other pleading; and (5) if the Court does not grant Plaintiff written permission to file a petition, complaint, motion or other pleading within thirty days of the date of his motion for leave, permission will be deemed denied.

IT IS FURTHER ORDERED that the Clerk serve a copy of this Order on Petitioner at his current address of record and on counsel for Respondent.

DATED: DECEMBER 15, 2022

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE